**DENIED**

RECEIVED
USDC CLERK, FLORENCE, SC

Terry L. Wooten 8/8/11
U.S. DISTRICT JUDGE (DS)

Re: No basis for relief / No showing of Fraud

United States District Court, District of South Carolina

Jonathan A. Edwards, 294306,
ProSe-Plaintiff;
&
Julian E. Rochester, 171519, Once
ProSe who Joined suits;
-vs-
Ms. Ogunsile, Et. Al;
Defendants:

A/No: 0:09-3319-TLW-PJG
Rules 60(b), & 9(d) Fraud.
motion to set aside &
reopen suits, because
dismissal gotten by
Fraud & conspiracy &
criminal acts that required
a Fed. hearing & invests..

1. ProSe-Rochester-Plaintiff, ProSe Edwards Jailhouse lawyer, & witness, seeks to set aside & Reopen Judgts. made by Judges Wooten & Gossett, get order copy 3-4-11 at 9:Am at 6PH, dismissing suits, & no ruling on ProSe's Filing of 4 pages sent 2-5-11 out 9th, which must be heard by law & Fed. invests. & hearings must take place, by criminal acts of defs. & their Lawyers Pruitt's firm, & by SC Code §24-1-210 laws.

2. ProSe-Rochester, states, had not Defs. Lawyers had ProSe beaten & his legal Files taken & moved to 6PH; Rochester would have moved to Amend. ProSe Edwards complaint to cover Defs. harm him & his witness & Jailhouse lawyer, before court dismissed petition, & it would have related back to original complaint, by misconduct of defs. & their lawyers, & defs. in Rochester's &
(Once 3-6-10)

1.

2.

0:09-3319-TLW-PJG

Simmons 2:09-653 & 858 TLW-SVH suits, & Rochester's S/A ho: 07-CP-37-423 & 04-390 now 10-CP-37-1446 & Pickens, & Richland Ct. 03-4228 suits, Defs. & their lawyers are defs. are sued in, they are trying to stop, by Plots to murder ProSe-Rochester, & ProSe-Edwards, & others who will be witnesses. Guff V. Nix, supra, (Const. violations); &

3. If court allows such unchecked criminal acts, ProSe-Rochester will file a complaint to U.S.D.O.J. Atty. Gen. E. Holder & his General Counsel W.G. Stewart, & Civil Rights Staff Priscilla Jones, to do invests. into Judges & Defs. & Lawyers coverups & crimes; &

4. ProSe puts Court Wooden, Bassett, Hodges, you are new defs. in new suits, Clerk will serve ya'll soon, & O'Bama & Gov. Haley & others to force invests. & arrests & removal from offices.; &

5. ProSe prays court will under its orders gotten by criminal acts, & reopen suits, & allow ProSe Edwards's Jail house Lawyer ProSe Rochester & his witness, & ProSe to File Properly for him & get hearings set up to. See: Rochester Telephone Corp V. U.S. 307 U.S. 125 (1939) Admin. Proc. Act created to force Cts. to act & under wraps & hearings required.

Respectfully Submitted:

Date March 6, 2011          Julian E. Rochester, 171579, Okco
(not adjudct)                      Kirkland / GPH-140-4

2.