**DENIED**

Terry L. Wooten 8-8-11
TERRY L. WOOTEN
U.S. DISTRICT JUDGE    DATE

① Rochester not a party to the action
② No basis stated for relief

RECEIVED
USDC CLERK, FLORENCE, SC
2011 AUG 10  A 10: 37

United States District Court - - For Dist. of South Carolina

Julian E. Rochester, 171519, Once,  } C/A No: 0:09-3319-TLW-PJG
ProSe - Plaintiff - 504/ADA;        }
      - And -                        } motion to compel & show
J. A. Edwards, 294306; ProSe;        } cause by Rules 37, 57, 55 (2))
      -vs-                           } why 3-4, 2011 motion to
Ogunsile, et. al.;                   } reopen, not heard to date:
      Defendants;;                   }

1. ProSe seeks to compel & show cause why court has not given ruling on motion to reopen the above case, filed 3-4-11, & Dets. lawyer S. M. Pruitt replyed 3-14-11, & ProSe replyed to Dets. reply 4-6-11. (And SCRCP-55 (2) Applies):

2. ProSe also notified Atty. S. M. Pruitt & Firm he was new dets. in ProSe's Rochester suits, & served Summons on them 4-2, 11 & 4-10, 11, they went in defaults on Oconee Ct. 07-423 & 04-390 & May 24, 08 & 8-22, 10 suits, & Richland Ct. 03-4328 & 9-24-10 suits, & (Fed. 8111-797-JMC-JDA with 18 action illegally joined by J. D. Austin) to protect dets. & stop ProSe's release, & Plated to let Dets. Kill ProSe, by beatings 4-24 & 5-11, 21, 2011, which broke all bones & more, & no med. cares, & destroyed glasses & legal files, everything Nov. 16, 10, & beat & Raped ProSe again (See -797).

Date June 3, 2011 - Julian E. Rochester, 171519, Once, Perry/B-X-14, (handicapped)

1 of 1